NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BANK OF AMERICA, N.A., FKA Countrywide Home Loans Servicing, L.P., Successor by Merger on behalf of BAC Home Loans Servicing, LP,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>LOG CABIN PONDEROSA HOMEOWNERS ASSOCIATION; et al.,<br><br>Defendants-Appellees. | No.    17-16032<br><br>D.C. No.<br>2:16-cv-00386-JCM-NJK<br><br>ORDER[*] |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted March 11, 2019[**]
San Francisco, California

Before:  W. FLETCHER, WATFORD, and HURWITZ, Circuit Judges.

We vacate the order of the district court and remand for further proceedings

consistent with the opinion in *Bank of America, N.A. v. Arlington West Twilight*

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Homeowners Association*, No. 17-15796, filed today.

**VACATED and REMANDED. Each party to bear its own costs.**